LAW OFFICES

# BRODSKY & SMITH, LLC

**240 MINEOLA BLVD**
**MINEOLA, NY 11501**
–
516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

| PENNSYLVANIA OFFICE | CALIFORNIA OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| TWO BALA PLAZA, SUITE 805 | 9595 WILSHIRE BLVD. SUITE 900 | 1310 KINGS HIGHWAY N. |
| BALA CYNWYD, PA 19004 | BEVERLY HILLS, CA 90212 | CHERRY HILL, NJ 08034 |
| 610.667.6200 | 877.534.2590 | 856.795.7250 |

January 10, 2022

**VIA ECF UPLOAD**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application denied without prejudice. The Court does not ordinarily grant adjournment except for a substantial reason. So Ordered.

Dated: January 12, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:   Unopposed Letter Motion for Adjournment of Deadlines**
       *Velez v. Dawson Geophysical Company, et al.*, **No.: 1:21-cv-09483-LGS**

Dear Judge Schofield:

We are counsel to Plaintiff Venus Velez ("Plaintiff") in the above-captioned matter. We write pursuant to Rule I.B.2 of Your Honor's Individual Rules and Practices in Civil Cases to request a 30-day adjournment to the scheduled Initial Pretrial Conference (and attendant deadline for a joint submission).

In particular, we respectfully request that these appearances and deadlines be reset as set-forth below:

| Appearance/Event | Current Date/Deadline | Requested New Date/Deadline |
|---|---|---|
| Parties to submit a joint letter in advance of Initial Pretrial Conference | January 12, 2022 | February 11, 2022 |
| Initial Pretrial Conference | January 19, 2022 | February 18, 2022 |

No Previous extensions to these dates, or any other dates in this action, have so-far been requested by any Party.  On January 10, 2022, we advised Counsel for Defendants of the intention to seek this extension.  Counsel for Defendants advised thereafter that Defendants do not oppose the adjournment.

Respectfully submitted,

Dated: January 10, 2022 **BRODSKY SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*

cc: All Counsel of Record (via CM/ECF)