UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VENUS VELEZ, :
                         Plaintiff, :
                          :
            -against- : 21 Civ. 9483 (LGS)
                         :
DAWSON GEOPHYSICAL COMPANY, et al., : ORDER
                Defendants, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference was scheduled for January 19, 2022;

       WHEREAS, the Order, dated December 1, 2021, required the parties to file a proposed joint letter and case management plan (the "IPTC Material") by January 12, 2022;

       WHEREAS, the parties have not filed the IPTC Material;

       WHEREAS, on January 17, 2022, Plaintiff has filed a statement of relatedness (Dkt. No. 10).  It is hereby

       **ORDERED** that conference scheduled for January 19, 2022, and the deadline for the filing of IPTC Material are ADJOURNED sine die pending resolution of the reassignment of the case.

Dated: January 18, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE